UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| HARLAN SHABSHELOWITZ,<br><br>*Plaintiff*<br><br>v.<br><br>STATE OF RHODE ISLAND, Department of Public Safety, State Police and LIEUTENANT MICHAEL CASEY, individually and in his official capacity as a police officer employed by the State of Rhode Island<br>*Defendants.* | C.A. No. 20-cv-00096-JJM-PAS |

**DEFENDANTS', STATE OF RHODE ISLAND, DEPARTMENT OF PUBLIC SAFETY, STATE POLICE, AND LIEUTENANT MICHAEL CASEY INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, JOINT MOTION TO DISMISS THE COMPLAINT**

Now come Defendants, the State of Rhode Island, Department of Public Safety, Rhode Island State Police, (collectively, "State Defendants") and Lieutenant Michael Casey, individually and in his official capacity, ("Lt. Casey") and move pursuant to Rule 12(b)(1) and 12(b)(6) to dismiss the Plaintiff Harlan Shabshelowitz's Amended Complaint. In support of this motion, all Defendants rely on the accompanying memorandum of law.

                                                Respectfully submitted,

                                                **Defendants,**
                                                **STATE OF RHODE ISLAND,**
                                                **DEPARTMENT OF PUBLIC SAFETY,**
                                                **RHODE ISLAND STATE POLICE, and**
                                                **LIEUTENANT MICHAEL CASEY, in**
                                                **his official capacity,**

By:

PETER F. NERONHA
ATTORNEY GENERAL

*/s/ Lauren E. Hill*
Lauren E. Hill, # 9830
Special Assistant Attorney General
150 South Main St.
Providence, RI 02903
Tel: (401) 274-4400, ext. 2038
Fax: (401) 222-2995
lhill@riag.ri.gov

**Defendant, LIEUTENANT MICHAEL CASEY, individually,**

By his Attorney,

*/s/ Rajaram Suryanarayan*
Rajaram Suryanarayan (#4451)
Gunning & LaFazia, Inc.
33 College Hill Road, Suite 25B
Warwick, Rhode Island 02886
Tel: 401-521-6900
Fax: 401-521-6901
Direct Dial: 401-521-2647
rsury@gunninglafazia.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the within document via the ECF filing system on October 9, 2020 and that a copy is available for viewing and downloading.

*/s/ Ellen Ullucci*